IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL THOMAS MCARTY                                                                              PLAINTIFF

v.                                          Civil No. 6:18-cv-06032

CRYSTAL LITTLETON, Hobby Craft
Supervisor, Ouachita River Correctional
Unit (ORCU); WARDEN FAUST, ORCU;
ASSISTANT WARDEN JACKSON, ORCU;
and ASSISTANT WARDEN STEVE
OUTLAW, ORCU                                                                                       DEFENDANTS

# ORDER

Plaintiff proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Plaintiff filed his Complaint on April 13, 2018. (ECF No. 1). An Amended Complaint was filed on August 30, 2018; and, a Second Amended Complaint was filed on October 15, 2018. (ECF No. 30, 42).

Currently pending before the Court is Plaintiff's **Motion for Pre-Trial Conference to Solve Discovery Disputes**. (ECF No. 44). In the Motion, Plaintiff seeks a pre-trial conference to resolve a discovery dispute with the Defendants. Specifically, Plaintiff seeks certain information concerning the transfer of Inmate Gray, # 079784.

The Defendants have responded to Plaintiff's Motion. (ECF No. 45). The Defendants state that Plaintiff is not entitled to information regarding another inmate because of security reasons. In addition, the Defendants argue that such information is not relevant to Plaintiff's claim of retaliation nor to his claim of retaliatory transfer. Plaintiff, however, states that the information

1

concerning the transfer of Inmate Gray is relevant because the Second Amended Complaint asserts that the Defendants claim that Plaintiff's transfer was a "swap" for another inmate, but, Plaintiff claims, the other inmate, Inmate Gray, was already being housed at the Ouachita River Unit.

The Court finds that Plaintiff's Motion should be and hereby is **DENIED** to the extent that it seeks a pre-trial conference concerning the discovery dispute. The Court does, however, direct Defendants to provide to Plaintiff the date Inmate Gray, # 079784, was transferred to the Ouachita River Unit and the Arkansas Department of Correction Unit Inmate Gray was housed prior to being transferred to the Ouachita River Unit. Such information is directed to be provided to Plaintiff by **November 21, 2018**.

**IT IS SO ORDERED** this 7th day of November 2018.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE