IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL THOMAS MCARTY                                                              PLAINTIFF

v.                                         Civil No. 6:18-cv-06032

WARDEN NURZAHAL FAUST, Ouachita
Regional Correction Unit                                                           DEFENDANT

## JUDGMENT

Before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 82), Defendant's Second Motion for Summary Judgment (ECF No. 89), and the parties' various responses and replies associated with the motions. The motions are ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 89) should be and hereby is **GRANTED**. For the same reasons, the Court finds that Plaintiff's Motion for Summary Judgment (ECF No. 82) should be and hereby is **DENIED**. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge